UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
            :
FELIX CASTRO, *on behalf of himself and all others*   :
*similarly situated*,   :
            :
                           Plaintiff,   :              23-CV-9422 (JMF)
            :
                   -v-   :                ORDER
            :
SIT MEANS SIT, INC.,   :
            :
                          Defendant.   :
            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: October 30, 2023                                _____
       New York, New York                            JESSE M. FURMAN
                                                           United States District Judge